AO 72A
(Rev. 8/82)

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2013 AUG -7 A 9 35

CLERK _____
SO. DIST. OF GA.

UNITED STATES OF AMERICA,

v.

NATALIE A. ANDERSON

CIVIL ACTION NO.: CR212-002

## ORDER

Defendant Natalie A. Anderson has filed a Motion to Modify Bond Conditions. Anderson was placed on pretrial supervision with probation on August 30, 2012. By Order dated December 3, 2012, those conditions were modified to allow for treatment in a substance abuse center. On January 29, 2013, the Court granted Anderson's motion for inpatient treatment at Gateway Treatment Center in Brunswick, Georgia. In the instant Motion, Anderson moves that her bond conditions be further modified to permit her to enter the transitional housing program supervised by Gateway Treatment Center. Anderson's Motion (Doc 253) is **GRANTED**.

SO ORDERED, this 7th day of August, 2013.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE